```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                        AT BLUEFIELD
```

LARRY L. KOGER,

    Plaintiff,

v.                                CIVIL ACTION NO. 1:08-0909

NORFOLK SOUTHERN RAILWAY
COMPANY,

    Defendant.

## MEMORANDUM OPINION AND ORDER

    Pending before the court is defendant's motion in limine to limit the testimony of Terry Cordray to the extent that it references plaintiff's lost ability to work as an engineer. (Doc. # 94). As the court informed the parties at the pretrial conference and because such testimony would be purely speculative, the motion is GRANTED.

    The Clerk is directed to send copies of this Memorandum Opinion and Order to all counsel of record.

    **IT IS SO ORDERED** this 16th day of November, 2009.

                                      ENTER:

                                      David A. Faber
                                      Senior United States District Judge