```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                       AT BLUEFIELD
```

LARRY L. KOGER,

    Plaintiff,

v.                              CIVIL ACTION NO. 1:08-0909

NORFOLK SOUTHERN RAILWAY
COMPANY,

    Defendant.

## MEMORANDUM OPINION AND ORDER

    Pending before the court is defendant's Fed. R. Evid. 602 objection to a portion of the videotaped deposition of Dr. Jeffrey Greenberg. The court agrees that the proffered excerpt is speculative and inadmissible. Accordingly, the parties are directed to delete the objectionable testimony from the videotaped deposition.

    The Clerk is directed to send copies of this Memorandum Opinion and Order to all counsel of record.

    **IT IS SO ORDERED** this 16th day of November, 2009.

                        ENTER:

                        David A. Faber
                        Senior United States District Judge