```
         IN THE UNITED STATES DISTRICT COURT
     FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                    AT BLUEFIELD
```

LARRY L. KOGER,

    Plaintiff,

v.                         CIVIL ACTION NO. 1:08-0909

NORFOLK SOUTHERN RAILWAY
COMPANY,

    Defendant.

## MEMORANDUM OPINION AND ORDER

Pending before the court is defendant's motion to stay proceedings to enforce judgment pending disposition of defendant's Motion for a New Trial or Remittitur. (Doc. # 186). For the reasons placed on the record at the hearing held on January 6, 2010, that motion is GRANTED and defendant will not be required to post a bond.

The Clerk is directed to send copies of this Memorandum Opinion and Order to all counsel of record.

**IT IS SO ORDERED** this 7th day of January, 2010.

                        ENTER:

                        David A. Faber
                        Senior United States District Judge